**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| IMAGE PROCESSING TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., and<br>LG ELECTRONICS USA, INC.,<br><br>Defendants. | Case No. 2:22-CV-00077-JRG-RSP |

**DECLARATION OF MARK LIANG IN SUPPORT OF LG'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Mark Liang, declare and state as follows:

1. I am a partner at O'Melveny & Myers LLP, counsel for Defendants LG Electronics Inc. and LG Electronics USA, Inc. ("LG") in the above captioned matter.

2. I submit this declaration in support of LG's Responsive Claim Construction Brief, filed concurrently herewith. I have personal knowledge of the statements set forth in this declaration and, if called as a witness, would testify competently.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from a publication titled "Random House Unabridged Dictionary" Second Edition by Random House Inc. (1997), with cited sections highlighted.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from a publication titled "An Introduction to Statistical Methods and Data Analysis" Second Edition by Lyman Ott (1984), with cited sections highlighted.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from a publication titled "Teach Yourself Statistics" by Alan Graham (1994), with cited sections highlighted.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from a publication titled "Webster's II New College Dictionary" by Houghton Mifflin Company (2001), with cited sections highlighted.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excepts from Paper 34, the Final Written Decision, issued by the PTAB on November 19, 2019, in *Google LLC v. AGIS Software Development, LLC*, No. IPR2018-01079, with cited sections highlighted.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excepts from the Patent Owner Image Processing Technologies, LLC's Preliminary Response, filed at the PTAB on March 15, 2017, in *Samsung Elecs. Co. v. Image Processing Technologies, LLC*, case no. IPR2017-00336, with cited sections highlighted.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Declaration of Robert Stevenson Submitted In Support Of Samsung's Responsive Claim Construction Brief,

Dkt. 138-7 in case no. 2:16-CV-0505-JRG in the United States District Court for the Eastern District of Texas, captioned *Image Processing Technologies, LLC v. Samsung Electronics Co. Ltd.*, with cited sections highlighted.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excepts from LG's Petition for *Inter Partes* Review, filed at the PTAB on October 25, 2022, in *LG Elecs. v. Image Processing Technologies, LLC*, case no. IPR2023-00104, with cited sections highlighted.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on March 28, 2023.

Dated: March 28, 2023

*/s/ Mark Liang*

Mark Liang