# EXHIBIT 1

# RANDOM HOUSE UNABRIDGED DICTIONARY

Second Edition

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1993, 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.
Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

The *Random House Unabridged Dictionary, Second Edition,* is a revised and updated edition of *The Random House Dictionary of the English Language, Second Edition, Unabridged.*

*Random House Unabridged Dictionary, The Random House Dictionary of the English Language,* and the abbreviations RHD, RHDEL, RHD-I, and RHD-II are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
Random House unabridged dictionary.
(Random House dictionaries)
1. English language–Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3 1987 423 93-84591
ISBN 0-679-42917-4; 0-679-42441-5 (with CD-ROM)

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

Manufactured in the United States of America

d.s./sn

New York Toronto London Sydney Auckland

donor) to another (the recipient) are not rejected. Cf. **major histocompatibility complex.** [1945–50; HISTO- + COMPATIBILITY] —**his′to·com·pat′i·ble,** *adj.*

**histocompatibil′ity an′tigen,** *Immunol.* any antigen on the surface of tissue or blood cells that provokes the immune response and subsequent rejection when transplanted to an individual of a different antigenic type, thus determining whether the tissues or organs of a donor and recipient are histocompatible. [1965–70]

**his·to·gen** (his′tə jən, -jen′), *n. Bot.* a region in a plant in which tissues differentiate. [1920–25; HISTO- + -GEN]

**his·to·gen·e·sis** (his′tə jen′ə sis), *n. Biol.* the origin and development of tissues. [1850–55; HISTO- + -GENESIS] —**his·to·ge·net·ic** (his′tə jə net′ik), *adj.* —**his′to·ge·net′i·cal·ly,** *adv.*

**his·to·gram** (his′tə gram′), *n. Statistics.* a graph of a frequency distribution in which rectangles with bases on the horizontal axis are given widths equal to the class intervals and heights equal to the corresponding frequencies. [1890–95; HISTO- + -GRAM[1]]




**histor′ical geol′ogy,** the br… with the history of the earth. [1…

**histor′ical linguis′tics,** the… language or group of language… Also called **diachronic linguisti…**

**histor′ical mate′rialism,** … doctrine that all forms of social t… ophy, and institutions, as the far… as a superstructure founded on… they reflect the character of ec… altered or modified as a result… each ruling economic class pro… destroy or replace it; and that… quires the eventual withering a… establishment of a classless soc… in dialectical materialism, deali… and social causation. Cf. e… [1920–25]

**histor′ical meth′od,** the pr… eral facts and principles throug… and to the evolution or historic… studied. [1835–45]

**histor′ical nov′el,** a narrat… terized chiefly by an imaginat… torical events and personages. …

**histor′ical pres′ent,** *Gram…* in narrating a past event as if… narration. [1960–65]

**histor′ical school′,** **1.** a … arose in Germany in the 19th… principles of the classical ec… tained that the factors making… able and develop out of socia… school of jurists who maintai… garded so much as resulting… ereigns as from historical … [1890–95]

**histor′ical sociol′ogy,** th… origins and development of s… phenomena that seeks under…

**his·tor·i·cism** (hi stôr′ə siz… ory that history is determin… not by human agency. **2.** a t… nomena are historically dete… must study each period with…