# EXHIBIT 2

# An Introduction to Statistical Methods and Data Analysis



Lyman Ott

Second Edition

BLP ∅ 1/98

LAPL

FOUNDED 1872

LOS ANGELES
PUBLIC LIBRARY

31965450017 REF ST
519.5 O 89 1984

OTT, LYMAN
INTRODUCTION TO STATISTICAL
METHODS AND DATA ANALYSIS
002000

FORM 34 7-49

PWS PUBLISHERS
Prindle, Weber & Schmidt • Willard Grant Press • Duxbury Press
Statler Office Building • 20 Park Plaza • Boston, Massachusetts 02116

Copyright © 1984 by PWS Publishers
20 Park Plaza, Boston, Massachusetts 02116

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission, in writing, from the publisher.

PWS Publishers is a division of Wadsworth, Inc.

Printed in the United States of America

84 85 86 87 88 — 10 9 8 7 6 5 4 3 2 1

**Library of Congress Cataloging in Publication Data**

Ott, Lyman.
An introduction to statistical methods and data analysis.

Bibliography: p.
Includes index.
1. Mathematical statistics. I. Title.
QA276.077 1984 519.5 83-20486
ISBN 0-87150-473-1

Text designed and edited by Helen Walden. Printed and bound by Halliday Lithograph. Cover and jacket designed by Trisha Hanlon.

Jacket photo created by David Kamins, Computer Graphics Laboratory, Boston University.

# 1 What is statistics?

## 1.1 Introduction

Almost everyone is confronted with statistics in our day-to-day living, but few people have much of a notion about the discipline of statistics. A commonly held opinion is that statistics deals with data tabulations and summarizations in the form of batting averages, divorce rates, incidences of lung cancer for a given sector of the United States, and, in general, the tedious and somewhat boring description of our world by using numbers. While the field of statistics does utilize numbers and statisticians do attempt to describe phenomena in our world, modern day statistics deals primarily with *statistical inference.*

statistical inference

The development and testing of the Salk vaccine for protection against poliomyelitis (polio) provide an excellent example of how statistics can be used in reaching a decision about a practical problem. Most parents and children of the years prior to 1954 can recall the panic brought on by the outbreak of polio cases during the summer months. Nowadays, similar although less severe concern arises when we learn of additional agents that appear to be carcinogenic.

Although relatively few children fell victim to polio each year, the pattern of its outbreak was unpredictable, and it caused great concern because of the possibility of paralysis or even death. The fact that very few of today's youth have even heard of polio demonstrates the great success of the Salk vaccine and the testing program that preceded its release on the market.

How do researchers determine whether a drug product is effective in the control of a specific disease? Following elaborate laboratory testing, a drug product will eventually be introduced into human beings under the close surveillance of highly trained investigators. If the product passes these initial tests in humans, standard practice requires further testing on a larger scale in humans. These investigations (often called clinical trials) are then used to determine the effectiveness of the product.

For example, after consultations with statisticians, it was decided that 400,000 children should be included in the Salk vaccine clinical trial begun in 1954, with the children randomly assigned so that half would receive the vaccine and the other half would receive an inactive solution that simply looked like the vaccine (called a placebo). When the study was over, less than 200 cases of polio were reported, but more than three times as many cases occurred in the placebo group. Was this evidence sufficient to say that the vaccine was effective? Is it likely that we could run another trial of the same magnitude and have a vaccine group with as many or more polio cases than the placebo group? These are some of the questions that statistics can help to answer.

The development of the Salk vaccine is not an isolated case of the use of statistics in the testing and development of new drug products. In recent years the Food and Drug Administration has placed stringent requirements on scientists to establish the effectiveness of proposed drug products. Statistics has played an important role in the development of birth control pills, rubella vaccines, chemotherapeutic agents for the treatment of cancer, and many other preparations.

A second example of the use of statistics is found in the predictions or estimations made about the total eligible work force that is unemployed. An accurate estimate is an important measure of social well-being. Clearly it would be impossible to locate and interview each and every person to ascertain his or her work status. And even if we could locate all persons, the unemployment situation would change while we were completing our survey. Thus it is both more realistic and more efficient to obtain information from a *representative sample* of the work force to make an estimate of the percentage of unemployed persons in the entire eligible work force.

representative sample

Our final example of the use of statistics relates to the problem of urban traffic congestion. One aspect of this problem, investigated by the Federal Highway Administration, is how to merge automobiles successfully onto high-speed areas of interstate highways. To study this problem an automatic merging system was installed on the entrance to I–75 at Tampa, Florida. Through the use of a series of display lights, drivers are told whether or not they are traveling at an appropriate speed to merge successfully into the existing traffic on the highway. Prior to the installation of the system, investigators measured the stress levels of many drivers merging into the highway during the 4–6 PM rush hour period. Similar testing on a sample of 50 drivers was conducted after the installation of the system. Suppose, for the purpose of illustration, the average stress level prior to installation of the system was 8.2 (as measured on a 10-point scale), and the sample of 50 drivers (after installation) had an average stress level of 7.6. Can this and other sample information be used to conclude that the merging system lowers the average stress level?

There are certain commonalities in each of these three examples. First, each example involved making *observations* of a phenomenon that could not be predicted with certainty. Indeed, results of repeated measurements are likely to bob about in a haphazard, or *random*, manner. For example, we could not predict

observations

random

with certainty whether a child given the polio vaccine would contract polio. Similarly, it would be impossible to predict with certainty whether a member of the work force was currently employed or what the stress level of a driver would be under the new merging system on I–75.

sampling

Second, each example involved *sampling*. A sample of 400,000 children was used in the Salk clinical trial, a sample of the labor force was used to estimate the percentage unemployed, and a sample of drivers was used to examine the postinstallation stress levels.

collection of data

Third, each example involved the *collection of data* or measurements, one measurement corresponding to each element in the sample. Obviously, we would obtain one measurement (stress level) for each of the 50 drivers included in the sample in the third example. For the first and second examples, the observations on elements in the samples are qualitative (described by kind, or quality) rather than quantitative (described by numbers). However, we could make an arbitrary assignment of a measurement to each qualitative category as another means of identification. Thus in the first example, we could assign the measurement 1 to each child in the sample who contracted polio and 0 to each child who did not. Similarly, in the second example, we could assign the measurement 1 to each person who is employed and 0 to each person unemployed. Now all three examples involve a collection of measurements, one measurement for each element in the sample.

inference

population

Finally, in each example we had a common objective, namely, a statistical *inference*. Using the information obtained from a sample, we tried to make an inference about a much larger set of measurements called the *population*.

For the first example the statisticians wished to make an inference about the proportion of children who would contract polio after being administered the vaccine. The population of interest here is the set of 1s and 0s corresponding to all children who might receive the vaccine. In this case the population is conceptual rather than real, since we can only imagine the set of all children who might receive the vaccine.

The population of interest in the second example is the set of 1s and 0s corresponding to employed and unemployed members of the eligible work force. In contrast to the conceptual population of the first example, this population is real and does in fact exist. Our objective is to estimate the percentage of unemployed members (0s) in the population.

The population associated with the third example is the set of stress levels associated with all persons who have used or may use the automatic merge system. Note again that the population is conceptual, and that we wish to reach a decision about whether or not the mean stress level for the population is lower than 8.2.

Combining these common characteristics, we see that statistical problems involve the measurement of phenomena that we cannot predict with certainty, sampling, the collection of measurements, and inference. Information is obtained by experimentation and is employed to make an inference about a large set of measurements called the population.

Case 2:22-cv-00077-JRG-RSP Document 57-3 Filed 03/28/23 Page 8 of 24 PageID #: 876



***Definition 1.1*** A ***population*** is the set of all measurements of interest to the experimenter.

***Definition 1.2*** A ***sample*** is a subset of measurements selected from the population.

***Definition 1.3*** The ***objective of statistical inference*** is to make an inference about a population based on information contained in a sample.

## 1.2 What do statisticians do?

Statisticians, both in consulting and in research, devote their time to two major areas. The first concerns the acquisition of the sample data. Sample surveys and experiments cost money and they yield data that contain information. By varying the survey or experimental procedure—how we select the data and how many observations we take from each source—we can vary the cost, quality, and quantity of information in the experiment. Rather simple modifications in the data selection procedure can reduce the cost of the sample to one hundredth or less of the cost of conventional sampling procedures. Thus statisticians study various methods for designing sample surveys and experiments and attempt to find the method that will yield a specified amount of information at minimum cost.

choose appropriate method

The second task facing statisticians is to select the *appropriate method* of inference for a given sample survey or experimental design. Some of these methods are good, some are bad, and some seem to be best for most occasions. It is the statistician's job to choose the appropriate methods for a given situation.

measure goodness

The preceding discussion leads to the most important contribution of statistics to science and business. Anyone can devise a method to make inferences based on the sample data. The major contribution of statistics is in evaluating the *goodness* of the inference. When predicting, for example, we seek an upper limit to the error of prediction. Or in making a decision concerning a characteristic of the population, we wish to know the probability of reaching a correct conclusion.

To summarize, statisticians first design surveys and experiments to minimize the cost of obtaining a specified quantity of information. Second, they seek the best method for making an inference for a given sampling situation. Finally, statisticians measure the goodness of their inference.

# 2

# Data description

## 2.1 Introduction

data description

The field of statistics can be divided into two major branches: descriptive statistics and inferential statistics. In both branches we will be working with a set of measurements. For situations in which *data description* is our major objective, the set of measurements available to us is frequently the entire population. For example, suppose that we wish to describe the distribution of annual incomes for all families registered in the 1980 census. Since all these data are recorded and are available on computer tapes, we do not need to obtain a random sample from the population; the complete set of measurements is at our disposal. Our major problem is in organizing, summarizing, and describing these data. Similarly, vast amounts of monthly, quarterly, and yearly data are available on sales for the steel industry broken down by domestic consumption, exports, consumer inventory change, and imports. However, in order to present such data in formats appropriate for audiences of consumers, financial analysts, or managers, it is necessary to organize, summarize, and describe the data. Good descriptive statistics will enable us to reduce a large set of measurements to a few summary measures that provide a good, rough "picture" of the original measurements.

statistical inference

In situations in which we are concerned with *statistical inference*, a sample is usually the only set of measurements available to us. We use information in the sample to draw conclusions about the population from which the sample was drawn. Of course, in the process of making inferences we need to organize, summarize, and describe the sample data also.

For example, the tragedy surrounding isolated incidents of product tampering has brought about federal legislation requiring tamper-resistant packaging for certain drug products sold over the counter. These same incidents also brought about increased awareness by industry of the rigid standards of product and packaging quality that must be maintained by companies involved with delivering these products to the store shelves. In particular, one company was

interested in determining the proportion of packages out of total production that are improperly sealed or have been damaged in transit. Obviously it would be impossible to inspect all packages at all the stores where the product is sold, but a random sample of the production could be obtained and the proportion defective in the sample could be used to *estimate* the actual proportion of improperly sealed or damaged packages.

Similarly, in developing an economic forecast of new housing starts for the next year, it is necessary to use sample data from various economic indicators in order to make such a prediction (inference).

In both of these examples involving an inference, description of the sample data is an important step leading towards the inference that we make. Thus no matter what our objective, statistical inference or data description, we must first describe the set of measurements at our disposal.

There are two ways to describe a set of measurements. We can use either graphical techniques or numerical descriptive techniques. Section 2.2 is concerned with graphical description of data. In Sections 2.3 and 2.4 we discuss numerical techniques for describing a set of measurements.

## 2.2 *Graphical techniques for describing data*

guideline for organizing data

When many measurements are obtained on a variable, the data must first be organized, prior to presentation, by using one of several graphical techniques. As a general rule, the data should be arranged in such a way that *each observation can fall into one and only one category of the variable*. This procedure eliminates any ambiguity that might arise in placing observations into categories and aids in the interpretation of the data.

For example, if we are trying to categorize beef according to the variable "beef quality," appropriate categories of the variable might be as listed here.

| Quality of beef |
|---|
| Prime |
| Choice |
| Good |
| Standard |

Assuming these categories are clearly defined and assuming a rater is properly trained, all cuts of beef could be placed into one and only one category of the variable.

However, if we asked social researchers to respond to a questionnaire about perceived causes of the Liberty City (Miami) riots, the categories listed here would not suffice.

Which of the following do you think was the most important cause of the Liberty City disorder?

Criminal elements
Poverty
Lack of jobs
Black nationalism
Poor housing
Police brutality
Don't know
Other

Clearly there are too many overlapping categories. For example, the categories poverty, lack of jobs, and poor housing may be indicators of the same problem. Hence the data from the qualitative variable "major cause of the disorder" could not be organized according to our guidelines.

Having organized the data according to the guideline suggested, there are several ways to graphically display the data. The first and simplest graphical procedure for data organized in this manner is the *pie chart*. It is used to display the percentage of the total number of measurements falling into each of the categories of the variable by partitioning a circle (much as one might slice a pie). The data of Table 2.1 represent a summary of a study to determine paths to authority for individuals occupying top positions of responsibility in key public-interest organizations.

Using biographical information, each of 1345 individuals was classified according to how she or he was recruited from the current elite position.

| Recruitment from | Number | Percentage |
|---|---|---|
| Corporate | 501 | 37.2 |
| Public interest | 683 | 50.8 |
| Government | 94 | 7.0 |
| Other | 67 | 5.0 |

*Source*: Thomas R. Dye and L. Harmon Zeigler, *The Irony of Democracy*, 3rd ed. (Boston, Mass.: Duxbury Press, 1975), p. 129.
* Includes trustees of private colleges and universities, directors of large private foundations, senior partners of top law firms, and directors of certain large cultural and civic organizations.

Table 2.1 *Recruitment to top public-interest positions**

Although you can scan the data in Table 2.1, the results are more easily interpreted by using a pie chart. From Figure 2.1 we could make certain inferences about channels to positions of authority. For example, more people were recruited for elite positions in public-interest organizations (approximately 51%) than for elite positions in other organizations.




Figure 2.1 *Pie chart for the data of Table 2.1*

Over recent years many state legislatures and the federal government have watched with great interest and concern what has been labeled "The Great American Buy-in." Figure 2.2 shows sources of foreign investments in the US and where the investments were made.

From Figure 2.2 it is clear that more than half of all foreign investments in the US came from the United Kingdom, the Netherlands, and Germany. Similarly, over 50% of all the investment money went into manufacturing and real estate.

In summary, the pie chart can be used to display percentages associated with each category of the variable. The following guidelines should help you to obtain clarity of presentation in pie charts.

***Guidelines for constructing pie charts***

1. Choose a small number of categories for the variable, preferably around 5 or 6. Too many categories make the pie chart difficult to interpret.
2. Whenever possible, construct the pie chart so that percentages are in either ascending or descending order.

bar chart

The second graphical technique for data organized according to the recommended guideline is the *bar chart* or *bar graph*.




Figure 2.2 *Foreign investments in the US*

Figure 2.3 displays the number of workers in the greater Cincinnati area by largest foreign investors, from an estimated total work force of 680,000.




Figure 2.3 *Number of workers by major foreign investors*

Bar charts are relatively easy to construct if you use the guidelines given here.

***Guidelines for constructing bar charts***

1. Label frequencies along the vertical axis and categories of the variable along the horizontal axis.
2. Construct a rectangle over each category of the variable with a height equal to the frequency (number of observations) in the category.

Case 2:22-cv-00077-JRG-RSP Document 57-3 Filed 03/28/23 Page 14 of 24 PageID #: 882



3. Leave a space between each category on the horizontal axis to connote distinct, separate categories and to clarify the presentation.

There are several variations of the bar chart, which you may have seen in published form. Percentage changes from year to year for the Standard and Poor's Index of 500 are displayed vertically in Figure 2.4(a) and then horizontally in Figure 2.4(b) for the ten-year period from 1971 to 1981.

frequency histogram, relative frequency histogram

The next two graphical techniques that we will discuss in this text are the *frequency histogram* and the *relative frequency histogram*. Both of these procedures are applicable only to quantitative (measured) data. As with the previous graphical techniques, we must organize the data before constructing a graph.

Consider the following kind of measurement: weight gain for each of 100 baby chickens fed on a new diet and observed over an 8-week period. These data are recorded in Table 2.2.

In trying to describe the set of measurements recorded in Table 2.2, we note that the largest weight gain is 4.9 and the smallest is 3.6. But although we might examine the table very closely, it is difficult to describe how the measurements are situated along the interval from 3.6 to 4.9. Are most of the measurements near 3.6, near 4.9, or are they evenly distributed along the interval? To answer these questions we summarize the data in a *frequency table*.

frequency table




Figure 2.4(a) *Year-to-year % change in the S & P 500 index*

Case 2:22-cv-00077-JRG-RSP Document 57-3 Filed 03/28/23 Page 15 of 24 PageID #: 883






Figure 2.4(b) *Year-to-year % change in the S & P 500 index*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3.7 | 4.2 | 4.4 | 4.4 | 4.3 | 4.2 | 4.4 | 4.8 | 4.9 | 4.4 |
| 4.2 | 3.8 | 4.2 | 4.4 | 4.6 | 3.9 | 4.3 | 4.5 | 4.8 | 3.9 |
| 4.7 | 4.2 | 4.2 | 4.8 | 4.5 | 3.6 | 4.1 | 4.3 | 3.9 | 4.2 |
| 4.0 | 4.2 | 4.0 | 4.5 | 4.4 | 4.1 | 4.0 | 4.0 | 3.8 | 4.6 |
| 4.9 | 3.8 | 4.3 | 4.3 | 3.9 | 3.8 | 4.7 | 3.9 | 4.0 | 4.2 |
| 4.3 | 4.7 | 4.1 | 4.0 | 4.6 | 4.4 | 4.6 | 4.4 | 4.9 | 4.4 |
| 4.0 | 3.9 | 4.5 | 4.3 | 3.8 | 4.1 | 4.3 | 4.2 | 4.5 | 4.4 |
| 4.2 | 4.7 | 3.8 | 4.5 | 4.0 | 4.2 | 4.1 | 4.0 | 4.7 | 4.1 |
| 4.7 | 4.1 | 4.8 | 4.1 | 4.3 | 4.7 | 4.2 | 4.1 | 4.4 | 4.8 |
| 4.1 | 4.9 | 4.3 | 4.4 | 4.4 | 4.3 | 4.6 | 4.5 | 4.6 | 4.0 |

Table 2.2 *Weight gains for baby chickens (in grams)*

Case 2:22-cv-00077-JRG-RSP Document 57-3 Filed 03/28/23 Page 16 of 24 PageID #: 884

class intervals

To construct a frequency table, we begin by dividing the range from 3.6 to 4.9 into an arbitrary number of subintervals called *class intervals*. The number of subintervals chosen depends on the number of measurements in the set, but we generally recommend using from 5 to 20 class intervals. The more data we have, the larger the number of classes we tend to use. The guidelines given below can be used for constructing the appropriate class intervals.

***Guidelines for constructing class intervals***

1. Divide the *range* of the measurements (the difference between the largest and the smallest measurements) by the approximate number of class intervals desired. Generally we will wish to have from 5 to 20 class intervals.
2. After dividing the range by the desired number of subintervals, round the resulting number to a convenient (easy to work with) unit. This unit represents a common width for the class intervals.
3. Choose the first class interval so that it contains the smallest measurement. It is also advisable to choose a starting point for the first interval so that no measurement falls on a point of division between two subintervals. This eliminates any ambiguity in placing measurements into the class intervals. (One way to do this is to choose boundaries to one more decimal place than the data.)

For the data in Table 2.2, the range is

$$\text{range} = 4.9 - 3.6 = 1.3.$$

Assume that we want to have approximately 10 subintervals. Dividing the range by 10 and rounding to a convenient unit, we have $1.3/10 = .13 \approx .1$. Thus the class interval width is .1.

It is convenient to choose the first interval to be 3.55–3.65, the second to be 3.65–3.75, and so on. Note that the smallest measurement, 3.6, falls in the first interval and that no measurement falls on the endpoint of a class interval (see Table 2.3).

Having determined the class interval, we then construct a frequency table for the data. The first column labels the classes by number and the second column indicates the class intervals. We then examine the 100 measurements of Table 2.2, keeping a tally of the number of measurements falling in each interval. The number of measurements falling in a given class interval is called the *class frequency*. These data are recorded in the third column of the frequency table (see Table 2.3).

class frequency

relative frequency

The *relative frequency* of a class is defined to be the frequency of the class divided by the total number of measurements in the set (total frequency). Thus if we let $f_i$ denote the frequency for class $i$ and $n$ denote the total number of measurements, the relative frequency for class $i$ is $f_i/n$. The relative frequencies for all the classes are listed in the fourth column of Table 2.3.

| Class | Class interval | Frequency, $f_i$ | Relative frequency, $f_i/n$ |
|---|---|---|---|
| 1 | 3.55–3.65 | 1 | .01 |
| 2 | 3.65–3.75 | 1 | .01 |
| 3 | 3.75–3.85 | 6 | .06 |
| 4 | 3.85–3.95 | 6 | .06 |
| 5 | 3.95–4.05 | 10 | .10 |
| 6 | 4.05–4.15 | 10 | .10 |
| 7 | 4.15–4.25 | 13 | .13 |
| 8 | 4.25–4.35 | 11 | .11 |
| 9 | 4.35–4.45 | 13 | .13 |
| 10 | 4.45–4.55 | 7 | .07 |
| 11 | 4.55–4.65 | 6 | .06 |
| 12 | 4.65–4.75 | 7 | .07 |
| 13 | 4.75–4.85 | 5 | .05 |
| 14 | 4.85–4.95 | 4 | .04 |
| Totals | | $n = 100$ | 1.00 |

**Table 2.3** *Frequency table for the chick data*

histogram

The data of Table 2.2 have been organized into a frequency table, which can now be used to construct a *frequency histogram* or a *relative frequency histogram*. To construct a frequency histogram, draw two axes: a horizontal axis labeled with the class intervals and a vertical axis labeled with the frequencies. Then construct a rectangle over each class interval with a height equal to the number of measurements falling in a given subinterval. The frequency histogram for the data of Table 2.3 is shown in Figure 2.5 on p. 14.

The relative frequency histogram is constructed in much the same way as a frequency histogram. In the relative frequency histogram, however, the vertical axis is labeled as relative frequency, and a rectangle is constructed over each class interval with a height equal to the class relative frequency (the fourth column of Table 2.3). The relative frequency histogram for the data of Table 2.3 is shown in Figure 2.6. Clearly, the two histograms of Figures 2.5 and 2.6 are of the same shape and would be identical if the vertical axes were equivalent. We will frequently refer to either one as simply a histogram.

There are several comments that should be made concerning histograms. First, the distinction between bar charts and histograms is based on the distinction between *qualitative* and *quantitative* variables. Values of qualitative variables vary in kind but not degree, and hence are not measurements. For example, the variable political party affiliation can be categorized as Republican, Democrat, or other, and, although we could label the categories as one, two, or three, these




Figure 2.5 *Frequency histogram for the chick data of Table 2.3*

values are only codes and have no quantitative interpretation. In contrast, quantitative variables have actual units of measure. For example, the variable yield (in bushels) per acre of corn can assume specific values. *Bar charts are used to display frequency data from qualitative variables; histograms are appropriate for displaying frequency data for quantitative variables.*




Figure 2.6 *Relative frequency histogram for the chick data*

Second, the histogram is the most important graphical technique we will present because of the role it plays in statistical inference, a subject we will discuss in later chapters. Third, if we had an extremely large set of measurements, and if we constructed a histogram using many class intervals, each with a very narrow width, the histogram for the set of measurements would be, for all practical purposes, a smooth curve. Fourth, the fraction of the total number of measurements in an interval is equal to the fraction of the total area under the histogram over the interval. For example, if we consider the interval 3.75 to 4.35 for the chick data of Table 2.3, we see that there are exactly 56 of the 100 measurements in that interval. Thus .56, the fraction of the total number of sample measurements falling in that interval, is equal to the fraction of the total area under the histogram over that interval, as indicated in Figure 2.7.




Figure 2.7 *Fraction of measurements in the interval 3.75 to 4.35 for the chick data*

probability

Fifth, if a single measurement is selected at random from the set of sample measurements, the chance, or *probability*, that it lies in a particular interval is equal to the fraction of the total number of sample measurements falling in that interval. This same fraction will be used to estimate the probability that a measurement randomly selected from the population lies in the interval of interest. For example, from the sample data of Table 2.2 the chance or probability of selecting a baby chicken with a weight gain in the interval 3.75 to 4.35 is .56. This value, .56, is an approximation to the probability of selecting a measurement in the interval 3.75 to 4.35 for the population of all weight gains for baby chickens.

And finally, since we use proportions rather than frequencies in a relative frequency histogram, we can compare two different samples (or populations) by

examining their relative frequency histograms even if the samples (populations) are of different sizes.

exploratory data analysis

The last graphical technique to be presented in this section is a display technique taken from an emerging area of statistics called *exploratory data analysis* (*EDA*). Professor John Tukey (1977) has been the leading proponent of this practical philosophy of data analysis aimed at exploring and understanding data.

stem-and-leaf plot

The *stem-and-leaf plot* is a clever, simple device to construct a histogram-like picture of a frequency distribution. It allows us to use the information contained in a frequency distribution to show the range of scores, where the scores are concentrated, the shape of the distribution, whether there are any specific values or scores not represented, and whether there are any stray or extreme scores. The stem-and-leaf plot does *not* follow the organization principles stated on page 12 for histograms. We will use the data shown in Table 2.4 to illustrate how to construct a stem-and-leaf plot.

The original scores of Table 2.4 are either three- or four-digit numbers. We will use the first or *leading* digit of scores as the stem (see Figure 2.8) and the *trailing* digits as the leaf. For example, the violent crime rate in St. Louis is 766. The leading digit is 7 and the trailing digits are 66. In the case of Las Vegas, the leading digits are 11 and the trailing digits are 48. If our data consisted of 6-digit numbers such as 104,328, we might use the first two digits as stem numbers, the second two digits as leaf numbers, and ignore the last two digits.

For the data on violent crime, the smallest rate is 112, the largest is 1148 and the leading digits are 1, 2, 3, . . . , 11. In the same way that a class interval determines where a measurement is placed in a frequency table, the leading

| | |
|---|---|
| 1 | 84 71 12 |
| 2 | 72 70 01 50 12 65 89 |
| 3 | 70 36 22 46 06 05 51 22 90 |
| 4 | 95 04 70 37 99 48 44 11 53 36 82 09 41 51 80 39 94 87 |
| 5 | 60 22 92 03 50 85 21 27 92 72 70 74 14 59 78 48 |
| 6 | 68 37 21 56 38 07 40 18 29 16 |
| 7 | 92 07 52 19 94 58 37 92 09 66 39 |
| 8 | 43 32 02 30 58 60 18 69 |
| 9 | 53 91 18 25 |
| 10 | 68 00 05 |
| 11 | 48 |

Figure 2.8 *Stem-and-leaf plot for violent crime rates of Table 2.4*

Case 2:22-cv-00077-JRG-RSP Document 57-3 Filed 03/28/23 Page 21 of 24 PageID #: 889



| South | Rate | North | Rate | West | Rate |
|---|---|---|---|---|---|
| Atlanta | 843 | Albany, N.Y. | 270 | Bakersfield | 818 |
| Augusta, Ga. | 560 | Allentown, Pa. | 171 | Boise | 441 |
| Baton Rouge | 792 | Atlantic City | 858 | Colorado Springs | 451 |
| Beaumont, Tex. | 668 | Canton, Ma. | 336 | Denver | 640 |
| Birmingham | 637 | Chicago | 585 | Eugene, Ore. | 351 |
| Charlotte | 707 | Cincinnati | 521 | Fresno | 925 |
| Chattanooga | 522 | Cleveland | 794 | Honolulu | 322 |
| Columbia, S.C. | 953 | Detroit | 860 | Kansas City | 869 |
| Corpus Christi | 592 | Evansville, Ind. | 444 | Las Vegas | 1148 |
| Dallas | 752 | Grand Rapids | 411 | Lawton, Okla. | 572 |
| El Paso | 621 | Johnstown, Pa. | 201 | Modesto, Calif. | 570 |
| Fort Lauderdale | 991 | Kankakee, Ill. | 453 | Oklahoma City | 618 |
| Greensboro, N.C. | 503 | Kenosha, Wis. | 250 | Oxnard, Calif. | 480 |
| Houston | 719 | Lancaster, Pa. | 112 | Pueblo, Colo. | 792 |
| Jackson | 495 | Lansing | 322 | Sacramento | 709 |
| Knoxville | 404 | Lima, Ohio | 346 | St. Louis | 766 |
| Lexington, Ky. | 370 | Madison, Wis. | 212 | Salinas, Calif. | 574 |
| Lynchburg | 184 | Mansfield, Ohio | 758 | Salt Lake City | 390 |
| Macon, Ga. | 470 | Milwaukee | 306 | San Diego | 629 |
| Mobile | 832 | Newark | 1000 | San Francisco | 1005 |
| Monro, La. | 918 | Paterson, N.J. | 737 | San Jose | 514 |
| Nashville | 550 | Philadelphia | 638 | Seattle | 559 |
| Newport News | 437 | Pittsfield, Ma. | 305 | Sioux City | 289 |
| Richmond | 499 | Racine, Wis. | 527 | Spokane | 439 |
| Roanoke | 272 | Rockford, Ill. | 592 | Stockton | 739 |
| Shreveport, La. | 656 | South Bend | 436 | Tacoma | 578 |
| Washington, D.C. | 802 | Springfield, Ill. | 607 | Topeka | 494 |
| West Palm Beach | 1068 | Syracuse | 265 | Tucson | 616 |
| Wichita Falls | 830 | Vineland, N.J. | 482 | Vallejo | 487 |
| Wilmington, Del. | 448 | Youngstown | 409 | Waco, Tex. | 548 |

*Source*: Department of Justice, *Uniform Crime Reports for the United States: 1980* (Washington, D.C.: Government Printing Office, 1980), pp. 60–86.
Rates represent the number of violent crimes (that is, murder, forcible rape, robbery, and aggravated assault) per 100,000 inhabitants, rounded to the nearest whole number.

Table 2.4 *Violent crime rates for 90 standard metropolitan statistical areas selected from the North, South, and West*

digit (stem of a score) determines the row in which a score is placed in a stem-and-leaf plot. The trailing digits for a score are then written in the appropriate row. In this way each score is recorded in the stem-and-leaf plot. This has been done in Figure 2.8 for the violent crime data.

Case 2:22-cv-00077-JRG-RSP Document 57-3 Filed 03/28/23 Page 22 of 24 PageID #: 890



We can see that each stem defines a class interval and the limits of each interval are the largest and smallest possible scores for the class. The values represented by each leaf must be between the lower and upper limits of the interval.

The plot can be made a bit neater by ordering the data within a row from lowest to highest. The end result is that a stem-and-leaf plot is a graph that looks much like a histogram turned sideways, as in Figure 2.9. The advantages of such a graph over the histogram are that not only does it reflect frequencies, concentration(s) of scores, and shape of the distribution, but also the actual scores from which we can determine if there are any values not represented, and whether or not there are stray or extreme values.

| | |
|---|---|
| 1 | 12 71 84 |
| 2 | 01 12 50 65 70 72 89 |
| 3 | 05 06 22 22 36 46 51 70 90 |
| 4 | 04 09 11 36 37 39 41 44 48 51 53 70 80 82 87 94 95 99 |
| 5 | 03 14 21 22 27 48 50 59 60 70 72 74 78 85 92 92 |
| 6 | 07 16 18 21 29 37 38 40 56 68 |
| 7 | 07 09 19 37 39 52 58 66 92 92 94 |
| 8 | 02 18 30 32 43 58 60 69 |
| 9 | 18 25 53 91 |
| 10 | 00 05 68 |
| 11 | 48 |

Figure 2.9 *Stem-and-leaf plot for the data of Table 2.4 and Figure 2.8*

In summary, to display a data set in the format of a stem-and-leaf plot:

1. Split each score or value into two sets of digits. The first or leading set of digits is the stem and the second or trailing set of digits is the leaf.
2. List all possible stem digits from lowest to highest.
3. For each score in the mass of data, write down the leaf numbers on the line labeled by the appropriate stem number.
4. If the display looks too cramped and narrow, we can stretch the display by using two lines per stem so that, for example, we place leaf digits 0, 1, 2, 3, and 4 on the first line of the stem and leaf digits 5, 6, 7, 8, and 9 on the second line.
5. If too many trailing digits are present, such as in a 6- or 7-digit score, we drop the right-most trailing digit(s) to maximize the clarity of the display.
6. The rules for developing a stem-and-leaf plot are somewhat different from the rules governing the establishment of class intervals for the

Case 2:22-cv-00077-JRG-RSP Document 57-3 Filed 03/28/23 Page 23 of 24 PageID #: 891


```
MTB > STEM-AND-LEAF DISPLAY OF C1

      STEM-AND-LEAF DISPLAY OF C1
      LEAF DIGIT UNIT = 10.0000
      1 2 REPRESENTS 120.

             LO   35, 45

       4     4S   77
       7     4.   888
       9     5*   01
      14     5T   22333
      22     5F   44444555
     (12)    5S   666667777777
      16     5.   888899
      10     6*   0111
       6     6T   223
       3     6F   55

             HI   72
```

2.9 Construct a frequency histogram for the data of Table 2.4 on p. 17. Then compare the histogram to the stem-and-leaf plot of the data shown in Figure 2.9 on p. 18.

## 2.3 Numerical descriptive measures for describing data: central tendency

Numerical descriptive measures are commonly used to convey a mental image of pictures, objects, and other phenomena. There are two main reasons for this: first, graphical descriptive measures are inappropriate for statistical inference, since it is difficult to describe the similarity of a sample frequency histogram and the corresponding population frequency histogram. The second reason for using numerical descriptive measures is one of expediency—we never seem to carry the appropriate graphs or histograms with us, and so must resort to our powers of verbal communication to convey the appropriate picture. We seek several numbers, called *numerical descriptive measures*, that will create a mental picture of the frequency distribution for a set of measurements.

central tendency
variability

The two most common numerical descriptive measures are measures of *central tendency* and measures of *variability*. That is, we seek to describe the center of the distribution of measurements and also how the measurements vary about the center of the distribution. We will draw a distinction between numerical descriptive measures for a population, called *parameters*, and numerical descriptive measures for a sample, called *statistics*. In problems requiring statistical inference, we will not be able to calculate values for various parameters, but we will be able to compute corresponding statistics from the sample and use these quantities to estimate the corresponding population parameters.

parameter
statistic

Case 2:22-cv-00077-JRG-RSP Document 57-3 Filed 03/28/23 Page 24 of 24 PageID #: 892



In this section we will consider various measures of central tendency, followed in Section 2.4 by a discussion of measures of variability.

mode

The first measure of central tendency we consider is the *mode*.

***Definition 2.1*** The *mode* of a set of measurements is defined to be the measurement that occurs most often (with the highest frequency).

We illustrate the use and determination of the mode in an example.

***Example 2.1*** Slaughter weights (in pounds) for a sample of fifteen Herefords each with a frame size of three (on a one-seven scale) are shown here.

| | | |
|---|---|---|
| 962 | 1005 | 1033 |
| 980 | 965 | 1030 |
| 975 | 989 | 955 |
| 1015 | 1000 | 970 |
| 1042 | 1005 | 995 |

Determine the modal slaughter weight.

***Solution*** For these data, the weight 1005 occurs twice and all others once. Hence the mode is 1005. □

Identification of the mode for Example 2.1 was quite easy because we were able to count the number of times each measurement occurred. When dealing with grouped data—data presented in the form of a frequency table—we can define the modal interval to be the class interval with the highest frequency. However, since we would not know the actual measurements, but only how many measurements fall into each interval, the mode is taken as the midpoint of the modal interval: it is an approximation to the mode of the actual sample measurements.

The mode is also commonly used as a measure of popularity that reflects central tendency or opinion. For example, we might talk about the most preferred stock, a most preferred model of washing machine, or the most popular candidate. In each case we would be referring to the mode of the distribution.

It should be noted that some distributions have more than one measurement that occurs with the highest frequency. Thus we might encounter bimodal, trimodal, and so on, distributions.

median

The second measure of central tendency we consider is the *median*.

***Definition 2.2*** The ***median*** of a set of measurements is defined to be the middle value when the measurements are arranged in order of magnitude.

The median is most often used to measure the midpoint of a large set of measurements. For example, we may read about the median wage increase won by union members, the median age of persons receiving social security, and the median weight of cattle prior to slaughter during a given month. Each of these