# EXHIBIT 3


ty
TEACH YOURSELF
STATISTICS

# STATISTICS

Alan Graham

TEACH YOURSELF BOOKS

Long-renowned as the authoritative source for self-guided learning – with more than 30 million copies sold worldwide – the *Teach Yourself* series includes over 200 titles in the fields of languages, crafts, hobbies, sports, and other leisure activities.

*British Library Cataloguing in Publication Data*
A catalogue record for this title is available from the British Library
ISBN 0 340 561815

*Library of Congress Catalog Card Number:* 94–69537

First published in UK 1988 by Hodder Headline Plc, 338 Euston Road, London NW1 3BH

First published in US 1993 by NTC Publishing Group, 4255 West Touhy Avenue, Lincolnwood (Chicago), Illinois 60646 – 1975 U.S.A.

Copyright © 1994 Alan T Graham

*In UK:* All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher or under licence from the Copyright Licensing Agency Limited. Further details of such licences (for reprographic reproduction) may be obtained from the Copyright Licensing Agency Limited, of 90 Tottenham Court Road, London W1P 9HE.

*In US:* All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form, or by any means, electronic, mechanical, photocopying, or otherwise, without prior permission of NTC Publishing Group.

Typeset by Rowland Phototypesetting Ltd, Bury St Edmunds, Suffolk.
Printed in England by Cox & Wyman Ltd, Reading, Berkshire.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Impression number | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 | |
| Year | 1999 | | 1998 | | 1997 | | 1996 | | 1995 | | 1994 |

## Histograms

The histogram in Figure 3.9 shows the proportions of babies born to mothers at different ages of mother.




**Fig. 3.9** Histogram showing the number of live births in Great Britain by age of mother, 1989

Source: *Social Trends 21*, page 42, Figure 2.19

A key distinction between the histogram and the bar chart described earlier is that here the adjacent bars are made to touch. The reason for this is to emphasise the fact that the horizontal axis on a histogram represents a continuous number scale. It is important to be aware that the bars on a histogram do not represent separate categories, as they do on a bar chart, but, rather, adjacent intervals on a number line. In other words, although superficially the bar chart and the histogram look similar, they are designed to represent two quite different types of data. The bar chart is useful for depicting separate *categories*, while the histogram describes the 'shape' of data that have been *measured on a continuous number scale*. This distinction between these two types of data is an important one and will be returned to in the next chapter. In the example above, the data have been grouped into intervals of five years on the horizontal axis. This is known as the *class interval*, and in Figure 3.9 the class intervals are all equal.

A further subtlety of a histogram which distinguishes it from the bar chart is that the widths of its bars (which correspond to the class intervals) need not all be the same. This may occur because the original data were

collected into unequal class intervals in the first place or perhaps because you choose to collapse two or more adjacent intervals together. Suppose, for example, you wish to redraw Figure 3.9, collapsing together all the women aged over 30 years of age into one class interval. This would produce the *frequency table* shown in Table 3.3.

| AGE OF MOTHER (YEARS) | FREQUENCY (%) |
|---|---|
| 15–19 | 8.2 |
| 20–24 | 26.9 |
| 25–29 | 35.4 |
| 30–49 | 29.6 |

*Table 3.3 Frequency table showing four adjacent class intervals collapsed together*

## EXERCISE 3.3 SPOT THE DELIBERATE MISTAKE

Figure 3.10 shows an *incorrect* histogram drawn from the data in Table 3.3. What do you think is wrong with the way it has been drawn and how would you correct it?




**Fig. 3.10** Incorrect histogram drawn from Table 3.3