# EXHIBIT 4

# Webster's II

## *New College Dictionary*

Houghton Mifflin Company
*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2001, 1999, 1995 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Illustrations **azimuthal equidistant projection** and **sinusoidal projection** © 1986 by The American Congress on Surveying and Mapping.

ISBN 0-395-96214-5
ISBN 0-618-16903-2 (paper-over-boards binding)

*Library of Congress Cataloging-in-Publication Data*

Webster's II new college dictionary.
p. cm.
ISBN 0-395-70869-9 (alk. paper)
1. English language – Dictionaries. I. Webster's II new Riverside University dictionary
PE1628.W55164 1995
423–dc20 95-5833
CIP

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit the Houghton Mifflin website on the World Wide Web at http://www.houghtonmifflinbooks.com.

Printed in the United States

:he Philip-

, having a
ged center

Cogswell.]
a sloping

eels with-

habitare :
ogether as
ot legally

haerēre :
ether in a
united or

: COHER-
at affords
ysics. Of
phases. 4.
h a small
e system
**nce, co•**

aerēre, to
cohering.
y are held
**ive** (-sĭv,

oil whose

divisions
in a strug-
gh cohort

**co•in•ci•dence** (kō-ĭn′sĭ-dəns, -dĕns′) *n.* **1.** The state or fact of coinciding. **2.** A seemingly planned sequence of accidentally occurring events.

**coincidence gate** *n. Electron.* GATE[1] 7.

**co•in•ci•dent** (kō-ĭn′sĭ-dənt) *adj.* **1.** Occupying the same position. **2.** Taking place at the same time. **3.** Matching point for point : COINCIDING <*coincident* circles>

**co•in•ci•den•tal** (kō-ĭn′sĭ-dĕn′təl) *adj.* Happening as or due to coincidence. **—co•in′ci•den′tal•ly** *adv.*

**co•in•sur•ance** (kō′ĭn-shŏŏr′əns) *n.* **1.** Insurance held jointly by two or more insurers. **2.** Insurance in which a party insures property for less than its assessed value and agrees to be responsible for the difference.

**co•in•sure** (kō′ĭn-shŏŏr′) *vt.* **-sured, -sur•ing, -sures. 1.** To insure jointly. **2.** To insure with coinsurance.

**coir** (koir) *n.* [Malayam *kāyar,* cord < *kāyaru,* to be twisted.] Fiber obtained from a coconut husk, used to make rope and matting.

**co•i•tus** (kō′ĭ-təs, kō-ē′-) *n.* [Lat. < *coire,* to copulate : *co(m)-,* together + *ire,* to go.] Physical union of male and female sexual organs, leading to orgasm and ejaculation of semen. **—co′i•tal** *adj.*

**coitus in•ter•rup•tus** (ĭn′tə-rŭp′təs) *n.* [Lat. : *coitus,* copulation + *interruptus,* interrupted.] Sexual intercourse purposely interrupted by withdrawal of the male prior to ejaculation.

**coke[1]** (kōk) *n.* [Perh. < ME *colk,* core.] Solid carbonaceous residue obtained from bituminous coal after removal of volatile material by destructive distillation, used as fuel and in making steel. *—vt. & vi.* **coked, cok•ing, cokes.** To convert or change into coke.

**coke[2]** (kōk) *n. Slang.* Cocaine.

**Coke** (kōk). A trademark for a soft drink.

**col** (kŏl) *n.* [Fr. < OFr., neck < Lat. *collum.*] A pass between two mountain peaks or a gap in a ridge.

**col–[1]** *pref. var. of* COM-. —Used before *l.*

**col–[2]** *pref. var. of* COLO-.

**co•la[1]** (kō′lə) *n.* A carbonated soft drink containing an extract prepared from kola nuts.

**co•la[2]** (kō′lə) *n. pl. of* COLON[1] 2.

**co•la[3]** (kō′lə) *n. var. pl. of* COLON[2].

of the genus *Imperata*, esp. *I. cylindrica* or *I. exaltata* of the Philippines and adjacent islands, used for thatch.

**cog railway** *n.* A railway designed to climb steep slopes, having a locomotive with a center cogwheel that engages with a cogged center rail to provide traction.

**Cogs•well chair** (kŏgz′wĕl′, -wəl) *n.* [Prob. < the name *Cogswell*.] An upholstered easy chair, open under the armrests, with a sloping back and cabriole front legs.

**cog•wheel** (kŏg′hwēl′, -wēl′) *n.* One of a set of cogged wheels within a mechanism.

**co•hab•it** (kō-hăb′ĭt) *vi.* **-it•ed, -it•ing, -its.** [LLat. *cohabitare* : Lat. *co(m)-*, together + Lat. *habitare*, to dwell.] **1.** To live together as spouses. **2.** To live together in a sexual relationship when not legally married. **—co•hab′i•tant** *n.* **—co•hab′i•ta′tion** *n.*

**co•heir** (kō-âr′) *n.* A joint heir.

**co•heir•ess** (kō-âr′ĭs) *n.* A joint heiress.

**co•here** (kō-hîr′) *v.* **-hered, -her•ing, -heres.** [Lat. *cohaerēre* : *co(m)-*, together + *haerēre*, to cling.] *—vi.* **1.** To stick together in a mass. **2.** To be logically connected. *—vt.* To cause to form a united or orderly whole.

**co•her•ent** (kō-hîr′ənt, -hĕr′-) *adj.* **1.** Sticking together : COHERING. **2.** Marked by an orderly or logical relation of parts that affords comprehension or recognition <*coherent* arguments> **3.** *Physics.* Of or relating to waves with a continuous relationship among phases. **4.** Of or relating to a system of units of measurement in which a small number of basic units are defined from which all others in the system are derived by multiplication or division only. **—co•her′ence, co•her′en•cy** *n.* **—co•her′ent•ly** *adv.*

**co•he•sion** (kō-hē′zhən) *n.* [Fr. *cohésion*, ult. < Lat. *cohaerēre*, to cling together. —see COHERE.] **1.** The act, process, or state of cohering. **2.** *Physics.* Mutual attraction by which the elements of a body are held together. **3.** *Bot.* Congenital joining of two parts. **—co•he′sive** (-sĭv, -zĭv) *adj.* **—co•he′sive•ly** *adv.* **—co•he′sive•ness** *n.*

**co•he•sion•less** (kō-hē′zhən-lĭs) *adj.* Of or relating to a soil whose constituent particles do not cohere.

**co•hort** (kō′hôrt′) *n.* [ME < Lat. *cohors*.] **1.** One of the 10 divisions of a Roman legion, having 300–600 men. **2.** A group united in a struggle. **3.** *Informal.* A companion or associate. ***usage:*** Although *cohort* in the sense of "a companion or associate" occurs at all levels, many consider this usage unacceptable in formal contexts.

**co•ho salmon** (kō′hō) *n.* [Orig. unknown.] A food and game fish, *Oncorhyncus kisutch*, orig. of Pacific waters.

**co•hosh** (kō′hŏsh′) *n.* [Prob. of Algonquian orig.] BANEBERRY 1.

**co•host** *or* **co-host** (kō′hōst′) *n.* A joint host, as of a social event. *—vt.* **-host•ed, -host•ing, -hosts.** To serve as a joint host of.

**co•hune** (kō-hōōn′) *n.* [Sp. (Central America) < Mosquito *ókhún*.] A tropical American palm tree, *Attalea cohune*, with long featherlike leaves and oily nuts.

**cohune palm** *n.* The cohune.

**coif** (koif) *n.* [ME < OFr. *coife* < LLat. *cofea*, helmet.] **1.** A tight-fitting cap worn under a veil, as by nuns. **2.** A white skullcap worn at one time by English lawyers. **3.** A heavy steel or leather skullcap worn at one time under a helmet or mail hood. **4.** (*also* kwäf). A coiffure. *—vt.* (koif) **coifed, coif•ing, coifs. 1.** To cover with or as if with a coif. **2.** (*also* kwäf). To arrange or dress (the hair).

**coif•feur** (kwä-fûr′) *n.* [Fr. < *coiffer*, to coif < OFr. *coife*, coif. —see COIF.] A hairdresser.

**coif•feuse** (kwä-fûrz′, -fyōōz′) *n.* [Fr., fem. of *coiffeur*, coiffeur.] A woman hairdresser.

**coif•fure** (kwä-fyŏŏr′) *n.* [Fr. < *coiffer*, to coif. —see COIFFEUR.] A hair style. *—vt.* **-fured, -fur•ing, -fures.** To arrange or dress (the hair).

**coil**[1] (koil) *n.* [Prob. < OFr. *coillir*, to gather < Lat. *colligere*. —see COLLECT.] **1. a.** A series of connected spirals or concentric rings formed by winding or gathering. **b.** A single ring or spiral within a series. **2.** A spiral pipe or series of spiral pipes, as in a radiator. **3.** *Elect.* **a.** A wound spiral of two or more turns of insulated wire, used to introduce inductance into a circuit. **b.** A device of which such a spiral is the major part. *—v.* **coiled, coil•ing, coils.** *—vt.* **1.** To wind in spirals or concentric rings. **2.** To wind into a shape resembling a coil. *—vi.* **1.** To form coils. **2.** To move in a spiral course. **—coil′er** *n.*

**coil**[2] (koil) *n.* [Orig. unknown.] A disturbance : fuss.

**coin** (koin) *n.* [ME < OFr., die for stamping coins, wedge < Lat. *cuneus*, wedge.] **1.** A small, usu. flat and circular piece of metal issued and authorized by a government for use as money. **2.** COINAGE 2a. **3.** A corner or cornerstone of a building. *—vt.* **coined, coin•ing, coins. 1.** To make (coins) from metal : MINT <*coin* half dollars> **2.** To make coins from (metal) <*coin* silver> **3.** To invent (a word or expression). *—adj.* Requiring one or more coins for operation <a *coin* vending machine> **—coin′a•ble** *adj.* **—coin′er** *n.*

**coin•age** (koi′nĭj) *n.* **1.** The right or process of making coins. **2. a.** Metal currency. **b.** A system of metal currency. **3. a.** A coined word or phrase. **b.** Invention of new words.

**co•in•cide** (kō′ĭn-sīd′) *vi.* **-cid•ed, -cid•ing, -cides.** [Med. Lat. *coincidere* : Lat. *co(m)-*, together + Lat. *incidere*, to occur. —see INCIDENT.] **1. a.** To occupy the same position simultaneously. **b.** To have the same dimensions. **2.** To take place at the same time. **3.** To correspond exactly.

**co•in•ci•dence** (kō-ĭn′sĭ-dəns, -dĕns′) *n.* **1.** The state or fact of coinciding. **2.** A seemingly planned sequence of accidentally occurring events.

**coincidence gate** *n. Electron.* GATE[1] 7.

**co•in•ci•dent** (kō-ĭn′sĭ-dənt) *adj.* **1.** Occupying the same position. **2.** Taking place at the same time. **3.** Matching point for point : COINCIDING <*coincident* circles>

**co•in•ci•den•tal** (kō-ĭn′sĭ-dĕn′təl) *adj.* Happening as or due to coincidence. **—co•in′ci•den′tal•ly** *adv.*

**co•in•sur•ance** (kō′ĭn-shŏŏr′əns) *n.* **1.** Insurance held jointly by two or more insurers. **2.** Insurance in which a party insures property for less than its assessed value and agrees to be responsible for the difference.

**co•in•sure** (kō′ĭn-shŏŏr′) *vt.* **-sured, -sur•ing, -sures. 1.** To insure jointly. **2.** To insure with coinsurance.

**coir** (koir) *n.* [Malayam *kāyar*, cord < *kāyaru*, to be twisted.] Fiber obtained from a coconut husk, used to make rope and matting.

**co•i•tus** (kō′ĭ-təs, kō-ē′-) *n.* [Lat. < *coire*, to copulate : *co(m)-*, together + *ire*, to go.] Physical union of male and female sexual organs leading to orgasm and ejaculation of semen. **—co′i•tal** *adj.*

**coitus in•ter•rup•tus** (ĭn′tə-rŭp′təs) *n.* [Lat. : *coitus*, copulation + *interruptus*, interrupted.] Sexual intercourse purposely interrupted by withdrawal of the male prior to ejaculation.

**coke**[1] (kōk) *n.* [Perh. < ME *colk*, core.] Solid carbonaceous residue obtained from bituminous coal after removal of volatile material by destructive distillation, used as fuel and in making steel. *—vt. & vi.* **coked, cok•ing, cokes.** To convert or change into coke.

**coke**[2] (kōk) *n. Slang.* Cocaine.

**Coke** (kōk). A trademark for a soft drink.

**col** (kŏl) *n.* [Fr. < OFr., neck < Lat. *collum*.] A pass between two mountain peaks or a gap in a ridge.

**col–**[1] *pref. var. of* COM-. —Used before *l*.

**col–**[2] *pref. var. of* COLO-.

**co•la**[1] (kō′lə) *n.* A carbonated soft drink containing an extract prepared from kola nuts.

**co•la**[2] (kō′lə) *n. pl. of* COLON[1] 2.

**co•la**[3] (kō′lə) *n. var. pl. of* COLON[2].

**co•la**[4] (kō′lə) *n. var. of* KOLA.

**col•an•der** (kŭl′ən-dər, kŏl′-) *also* **cul•len•der** (kŭl′-) *n.* [ME *colyndore*, prob. alteration of OProv. *colador* < VLat. **colator* < Lat. *colare*, to strain < *colum*, sieve.] A perforated bowl-shaped kitchen utensil for draining off liquids and rinsing food.

**cola nut** *n. var. of* KOLA NUT.

**col•can•non** (kŏl-kăn′ən) *n.* [Ir. Gael. *cal ceannan* : *cal*, cabbage (< OIr. < Lat. *caulis*) + *ceannan*, white-headed (*ceann*, head + *fionn*, white).] An Irish dish of mashed potatoes and cabbage.

**col•chi•cine** (kŏl′chĭ-sēn′, kŏl′kĭ-) *n.* [COLCHIC(UM) + -INE.] A poisonous alkaloid, $C_{22}H_{25}NO_6$, used experimentally for inducing chromosome doubling and medicinally for treating gout.

**col•chi•cum** (kŏl′chĭ-kəm, kŏl′kĭ-) *n.* [Lat., a plant with a poisonous root < Gk. *Kolkhikon*, meadow saffron, after *Kolkhos*, Colchis, a region east of the Black Sea.] **1.** A bulbous plant of the genus *Colchicum*, as the autumn crocus. **2.** The dried seeds or corms of *C. autumnale*, a source of colchicine.

**col•co•thar** (kŏl′kə-thär, -thär′) *n.* [Sp. *colcotar* < Ar. *qolqoṭār*.] A brownish-red iron oxide obtained as a residue after heating ferrous sulfate, used in glass polishing and as a pigment.

**cold** (kōld) *adj.* **-er, -est.** [ME < OE *ceald*.] **1. a.** Having a low temperature <a *cold* climate> **b.** Having a body temperature lower than normal <a *cold*, clammy forehead> **c.** Feeling no warmth : CHILLY <I'm *cold*.> **2. a.** Marked by a lack of heat <a *cold* basement> **b.** Being at less than optimum warmth <*cold* spaghetti> **c.** Chilled by refrigeration or ice <*cold* drinks> **3.** Not marked or affected by emotion : OBJECTIVE <*cold* analysis> **4.** Without appeal to the senses or feelings : DEPRESSING <a *cold* picture> **5. a.** Not affectionate or friendly : ALOOF. **b.** Unenthusiastic or uninterested <a *cold* welcome> **c.** Without sexual desire : FRIGID. **6.** Designating a color or tone, as pale gray, that suggests little warmth. **7. a.** *Informal.* Insensible : unconscious <knocked *cold* in the first round> **b.** Dead <*cold* in the tomb> **8.** *Slang.* Not stolen or suspected of use in illegal activities <a *cold* car> **9.** *Informal.* Marked by unqualified certainty <knew the lines *cold*> **10.** So intense as to be almost uncontrollable <*cold* rage> *—adv. Informal.* **1.** Totally : unqualifiedly <was turned down *cold*> **2.** Without advance preparation <took the test *cold* and failed> *—n.* **1. a.** Relative lack of warmth. **b.** The sensation resulting from lack of warmth : CHILL. **2.** A viral infection marked by inflammation of the mucous membranes of the respiratory passages and accompanying fever, chills, coughing, and sneezing. **3.** Chilly weather. **—in cold blood.** Without feeling, passion, or remorse. **—(out) in the cold.** Lacking benefits given to others : NEGLECTED. **—cold′ly** *adv.* **—cold′ness** *n.*

★ ***syns:*** **1.** COLD, CHILL, CHILLY, COOL, NIPPY *adj. core meaning* : marked by a low temperature <a *cold* night> **2.** COLD, CHILL, FRIGID,

**co•hune** (kō-hōōn′) *n.* [Sp. (Central America) < Mosquito *ókhún.*] A tropical American palm tree, *Attalea cohune,* with long featherlike leaves and oily nuts.
**cohune palm** *n.* The cohune.
**coif** (koif) *n.* [ME < OFr. *coife* < LLat. *cofea,* helmet.] **1.** A tight-fitting cap worn under a veil, as by nuns. **2.** A white skullcap worn at one time by English lawyers. **3.** A heavy steel or leather skullcap worn at one time under a helmet or mail hood. **4.** (*also* kwäf). A coiffure. —*vt.* (koif) **coifed, coif•ing, coifs. 1.** To cover with or as if with a coif. **2.** (*also* kwäf). To arrange or dress (the hair).
**coif•feur** (kwä-fûr′) *n.* [Fr. < *coiffer,* to coif < OFr. *coife,* coif. —see COIF.] A hairdresser.
**coif•feuse** (kwä-fûrz′, -fyōōz′) *n.* [Fr., fem. of *coiffeur,* coiffeur.] A woman hairdresser.
**coif•fure** (kwä-fyŏŏr′) *n.* [Fr. < *coiffer,* to coif. —see COIFFEUR.] A hair style. —*vt.* **-fured, -fur•ing, -fures.** To arrange or dress (the hair).
**coil¹** (koil) *n.* [Prob. < OFr. *coillir,* to gather < Lat. *colligere.* —see COLLECT.] **1. a.** A series of connected spirals or concentric rings formed by winding or gathering. **b.** A single ring or spiral within a series. **2.** A spiral pipe or series of spiral pipes, as in a radiator. **3.** *Elect.* **a.** A wound spiral of two or more turns of insulated wire, used to introduce inductance into a circuit. **b.** A device of which such a spiral is the major part. —*v.* **coiled, coil•ing, coils.** —*vt.* **1.** To wind in spirals or concentric rings. **2.** To wind into a shape resembling a coil. —*vi.* **1.** To form coils. **2.** To move in a spiral course. **—coil′er** *n.*
**coil²** (koil) *n.* [Orig. unknown.] A disturbance : fuss.
**coin** (koin) *n.* [ME < OFr., die for stamping coins, wedge < Lat. *cuneus,* wedge.] **1.** A small, usu. flat and circular piece of metal issued and authorized by a government for use as money. **2.** COINAGE 2a. **3.** A corner or cornerstone of a building. —*vt.* **coined, coin•ing, coins. 1.** To make (coins) from metal : MINT <*coin* half dollars> **2.** To make coins from (metal) <*coin* silver> **3.** To invent (a word or expression). —*adj.* Requiring one or more coins for operation <a *coin* vending machine> **—coin′a•ble** *adj.* **—coin′er** *n.*
**coin•age** (koi′nĭj) *n.* **1.** The right or process of making coins. **2. a.** Metal currency. **b.** A system of metal currency. **3. a.** A coined word or phrase. **b.** Invention of new words.
**co•in•cide** (kō′ĭn-sīd′) *vi.* **-cid•ed, -cid•ing, -cides.** [Med. Lat. *coincidere* : Lat. *co(m)-,* together + Lat. *incidere,* to occur. —see INCIDENT.] **1. a.** To occupy the same position simultaneously. **b.** To have the same dimensions. **2.** To take place at the same time. **3.** To correspond exactly.